UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DAVID SWANSON, : | |
|    Plaintiff, : | |
| : | |
| v. : | No. 5:23-cv-00247 |
| : | |
| SALVIN DENTAL SPECIALTIES, INC., : | |
|    Defendant. : | |

**O R D E R**

**AND NOW,** this 6th day of July, 2023, upon consideration of Defendant Salvin Dental Specialties, Inc.'s Motion to Dismiss, ECF No. 13, Plaintiff David Swanson's response thereto, ECF No. 14, and for the reasons set forth in the Court's Opinion issued on this date, **IT IS HEREBY ORDERED THAT:**

Defendant's Motion to Dismiss, ECF No. 13, is **DENIED.**

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*_____
JOSEPH F. LEESON, JR.
United States District Judge